Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE BORANKO and WILLIAM REED, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUINSTREET, INC., DOUGLAS VALENTI, and GREGORY WONG,<br><br>Defendants. | Case No: 4:18-cv-02517-JSV<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Jeffrey S. White |

PLEASE TAKE NOTICE that Lead Plaintiff Dale Boranko and additional Plaintiff William Reed (together, "Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss this action without prejudice as to Defendants QuinStreet, Inc., Douglas Valenti, and Gregory Wong.

Defendants have not filed any answer or moved for summary judgment. A class has not been certified. Plaintiffs have not previously dismissed an action based on or including the same claims as presented in this instant action.

This dismissal is without prejudice. Plaintiffs expressly reserve any and all rights they may have. The parties shall bear their respective costs.

- 1 -
Class Action Complaint for Violation of the Federal Securities Laws

| | |
|---|---|
| Dated: December 4, 2018 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM, P.A.** |
| | By: <u>/s/Laurence M. Rosen</u><br>Laurence M. Rosen, Esq. (SBN 219683)<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com |
| | Counsel for Plaintiff |